**Terrance J. HOOD, also known as Terrance J. Soto, Plaintiff–Appellant**

v.

**D. WHITE, Sheriff; Naylor, Captain; Boulton, Lt., Defendants–Appellees.**

No. 13–2654.

United States Court of Appeals, Eighth Circuit.

Submitted: May 8, 2014.

Filed: May 28, 2014.

Terrance J. Hood, Pekin, IL, pro se.

Michael Craig Walker, Hopkins & Huebner, Davenport, IA, for Defendants–Appellees.

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Terrance Hood appeals the district court's[1] dismissal of his complaint that the allegedly humiliating lack of privacy to which he is exposed when he showers at the Muscatine County Jail violates the Eighth Amendment and his Fourth Amendment right of privacy, and the court's denial of his motion to reconsider. Following careful review, we affirm both orders because we agree with the district court that defendants are entitled to qualified immunity, and the court did not abuse its discretion in denying reconsideration. *See* 8th Cir. R. 47B.

---

1. The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.